## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

DIRECTV, INC.                             :

      v.                                   :No.:  03-CV-2478(JEI)

MORIERA, ET AL.                          :**NOTICE OF VOLUNTARY**
                                        :**DISMISSAL OF COUNTS I, II, IV, V &**
                                        :**VIII OF DEFENDANT, JOHN**
                                        :**MORENO'S COUNTERCLAIM**
                                        :**PURSUANT TO F.R.C.P. 41(a) & (c)**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

        **TAKE NOTICE** that John Moreno, defendant and counterclaimant

in this action, dismisses Counts I, II, IV, V & VIII of the counterclaim filed action on

December 31, 2003. This dismissal is without prejudice, pursuant to Rule 41(a)(1)(i) and

(c) of the Federal Rules of Civil Procedure.

                                 Respectfully submitted,

                                 **GALERMAN & TABAKIN, LLP**

                                 s/JONATHAN J. SOBEL, ESQ.
                                 #6612
                                 1103 Laurel Oak Road, Suite 111
                                 Voorhees, NJ  08043
                                 (856) 782-0991
                                 Mate89@aol.com
                                 Attorney for Defendant